UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| ANDRE BONDS | ) | |
|---|---|---|
| Plaintiff | ) | |
| v. | ) | Case No. CV413-247 |
| STATE OF GEORGIA | ) | |
| Defendant | ) | |

## REPORT AND RECOMMENDATION

The Court recommends dismissal of this case because plaintiff Andre Bonds has failed to comply with the Court's deadline for returning the PLRA paperwork required by the Court's December 19, 2013 Order. Doc. 8 at 5 (warning of dismissal if he failed to return his PLRA forms by January 18, 2014). L.R. 41(b); see *Link v. Wabash Railroad Co.*, 370 U.S. 626, 630–31 (1962) (courts have the inherent authority to dismiss claims for lack of prosecution); *Mingo v. Sugar Cane Growers Co-op*, 864 F.2d 101, 102 (11th Cir. 1989); *Jones v. Graham*, 709 F.2d 1457, 1458 (11th Cir. 1983); *Floyd v. United States*, No. CV491-277 (S.D. Ga. June 10, 1992).

**SO REPORTED AND RECOMMENDED** this __4th__ day of February, 2014.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA